## 47983. AIR SERVICE COMPANY v. LOVETT.

BELL, Chief Judge. In this suit on a note in which the plaintiff's motion for summary judgment was denied, an examination of the pleadings and the evidence shows that there is a genuine issue of material fact as to the pleaded defense of lack of consideration and whether the note was executed in payment of or as security for an antecedent obligation of a third party for which no

consideration is necessary. See Code Ann. § 109A-3—408.
*Judgment affirmed. Deen and Quillian, JJ., concur.*

Argued March 5, 1973 — Decided June 8, 1973.

*Adolphus B. Orthwein, Jr.,* for appellant.
*Albert B. Wallace,* for appellee.

*Judgment affirmed. Deen and Quillian, JJ., concur.*